KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for Desiree Caldwell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 11-CR-00469 |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER |
| ) | |
| DESIREE N. CLADWELL ) | Date:  2/27/12 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Judge: Gregory G. Hollows |

      This case is currently scheduled for a trial status hearing on January 9, 2012 and trial on January 23, 2012.  It is hereby stipulated between the parties, Christopher Hales, Assistant United States Attorney, and Kelly Babineau, attorney for defendant Desiree Caldwell, that the trial status conference date of January 9, 2012, should be continued until February 27, 2012 at 9:00a.m. and the trial should be continued from January 23, 2012 to March 12, 2012 at 9:00 a.m.  The continuance is necessary to complete defense investigation and prepare for trial.  All counsel are continuing to engage in negotiations with the government.

      IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of February 27, 2012, be excluded in computing

-1-

the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:                                   Respectfully submitted,

                                         /s/ Kelly Babineau
                                         KELLY BABINEAU
                                         Attorney for Desiree N. Caldwell

Dated:                                   /s/ Christopher Hales
                                         CHRISTOPHER HALES
                                         Assistant United States Attorney

O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial status conference presently set for January 9, 2012, at 9:00 a.m. be continued to February 27, 2012, at 9:00 a.m; and the trial currently scheduled of January 23, 2012 at 9:00 a.m. be continued to March 12, 2012 at 9:00 a.m.. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial.

IT IS ORDERED that time from this date to February 27, 2012, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated: January 5, 2012                    /s/ Gregory G. Hollows
                                          _____
                                          Gregory G. Hollows
                                          U.S. Magistrate Judge